2006 MAR -1 AM 10: 10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| ) | |
| Plaintiff, ) | **1:06CR0079** |
| ) | CR. NO. _____ |
| v. ) | Title 29, Section 501(c) |
| ) | United States Code |
| MARK A. CARROLL, ) | |
| ) | **JUDGE BOYKO** |
| Defendant. ) | |
| | **MAG. JUDGE McHARGH** |

The United States Attorney charges:

1. At all times relevant to this information, the Paper, Allied-Industrial, Chemical and Energy Workers International Union, Local Union 5-962 ("PACE Local 5-962"), located in Lorain, Ohio, was a labor organization engaged in an industry affecting commerce, within the meaning of Sections 402(i) and (j) of Title 29, United States Code.

2. From on or about July 25, 2001, through on or about March 31, 2003, in the Northern District of Ohio, Eastern Division, the defendant, MARK A. CARROLL, while an officer, that is, Secretary-Treasurer, of PACE Local 5-962, did embezzle, steal and unlawfully

- 2 -

and willfully abstract and convert to his own use and the use of another the moneys, funds, and assets of said labor organization in the approximate amount of $7,380.45.

In violation of Title 29, United States Code, Section 501(c).

*William J. Edwards*
WILLIAM J. EDWARDS
Acting United States Attorney