IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:06CR0079-001 |
| ) | |
| Plaintiff, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| v. ) | MAGISTRATE JUDGE MCHARGH |
| ) | |
| MARK CARROLL, ) | |
| ) | |
| Defendant. ) | <u>ORDER</u> |

On March 27, 2006, the Defendant entered a guilty plea to a one count Information charging a violation of 29 U.S.C. § 501(c) - Labor Union Embezzlement. Defendant was sentenced on July 28, 2006 to 3 years Probation, Restitution of $3,555.05; Drug Aftercare and Mental Health Aftercare.

On August 12, 2008, the Court received a Violation Report from Probation Officer Kathleen Oakar. The Violation Report listed the nature of each non-compliance: (1) Failure to Pay Restitution; (2) Failure to Report to Probation Office as directed; (3) Failure to attend Drug Aftercare/Mental Health Aftercare; and (4) Failure to Advise the Probation Office of Change in Employment.

Defendant, represented by counsel, appeared before this Court for a Revocation of Supervised Release hearing.  The Probation Officer gave an overview of the violations listed in the Violation Report.

Counsel for Defendant stated the Defendant admits to the violations with an offer of mitigation.

The Government had no objection to the Probation Officer's recommendations.

Therefore, the Court continues Defendant's Probation and orders Defendant:

- To pay restitution in full;

- To make $65.00 weekly payment or $260.00 monthly payment toward restitution as directed by Probation Office;

- To report to Probation Office as directed;

- To maintain employment; and

- To comply with all conditions of Probation.

IT IS SO ORDERED.

 S/Christopher A. Boyko
Christopher A. Boyko
U.S. District Court Judge

August 21, 2008