UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:06CR0079-001 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| MARK CARROLL, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

Defendant, Mark Carroll, through counsel, filed "Motion to Terminate Probation," ECF Doc. No. 17, on April 8, 2009. Defendant was sentenced by this Court on July 28, 2006 to 3 years Probation, 8 months Home Confinement with Electronic Monitoring and Restitution of $3,555.05 upon an Information filed charging a violation of 28 U.S.C.§ 501(c) - Labor Union Embezzlement.

The Court finds the Defendant has satisfied the conditions of Probation in full; has been non-compliant for the majority of the last three years and, with three months remaining on Probation, the Defendant has yet to secure stable employment and a residence of his own. In consideration of Defendants' overall adjustments, early termination of Probation will have minimal impact on this case.

Therefore,

Defendant's request for early termination of Probation is DENIED.

IT IS SO ORDERED.

                                            s/Christopher A. Boyko
                                            Christopher A. Boyko
                                            United States District Court Judge

April 14, 2009